■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST BRADSHAW, Appellant.—Determination of appeal from judgment of Supreme Court, Bronx County (George Covington, J.), rendered on June 5, 1985, unanimously held in abeyance. Application by appellant's counsel to withdraw as counsel is granted, and pursuant to County Law § 722, Andrew Rossmer, 461 Park Avenue So. Ste. 201, New York, New York 10016 (telephone No.: [212] 889-8151) is to be substituted as appellant's assigned counsel, and said counsel is directed to file a brief within 90 days of the date of this order, with notice of entry. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TILSON CORLEY, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on November 15, 1985, unanimously affirmed. Motion by appellant to enlarge the record on appeal to include certain exhibits granted. No opinion. Concur—Sullivan, J. P., Ross, Kassal, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD DOBREZYNSKI, Appellant.—Judgment, Supreme Court, New York County (Daniel Fitzgerald, J.), rendered on March 22, 1985, unanimously affirmed. Motion by appellant for an order to enlarge the record on appeal to include certain exhibits denied. No opinion. Concur—Sullivan, J. P., Ross, Kassal, Ellerin and Wallach, JJ.